**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SUZANNE STAHL,              :    No. 825 MAL 2016

           Respondent      :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

           v.                     :

                              :

                              :

CHRISTIAN STAHL,           :

                              :

           Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal and Application for Temporary Injunctive Relief are **DENIED**.